**Tutuila F. TUVALU, a.k.a. Tuvalu Tutuila Fausia, Petitioner–Appellant,**

v.

**Gary SANDOR, Warden, Respondent–Appellee.**

**No. 08–56638.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.[*]

Filed March 16, 2011.

Tuvalu Tutuila Fausia, Blythe, CA, pro se.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Jennifer L. Dolan, Deputy Attorney General, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

California state prisoner Tutuila F. Tuvalu appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We dismiss.

After briefing was completed in this case, this court held that a certificate of appealability is required to challenge the denial of parole. *See Hayward v. Marshall*, 603 F.3d 546, 554–55 (9th Cir.2010) (en banc). Because Tuvalu has not made a substantial showing of the denial of a constitutional right, we decline to certify his claims. *See* 28 U.S.C. § 2253(c).

All outstanding motions are denied as moot.

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.